UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD MARTINEZ, ET AL. | : | |
|     Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:09-CV-121 (JCH) |
| v. | : | |
| | : | |
| NBC MASONRY, LLC, | : | JUNE 9, 2010 |
|     Defendant. | : | |

### ORDER

The plaintiffs are hereby ordered to serve a copy of the court's Ruling granting the Motion to Reconvene Examination of the Judgment Debtor (Doc. No. 23) on the judgment debtor in this case by June 15, 2010. Along with that Ruling, the plaintiffs are ordered to serve a copy of the calendar entry (Doc. No. 24) setting the judgment debtor exam for June 30, 2010 at noon.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of June, 2010.

                                          /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge